IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

ELBA IRIS NEGRÓN CINTRÓN,

   Plaintiff,

v.

ENDOUROLOGICAL INSTITUTE, INC.,

   Defendant.

CIV. NO. 21-1461 (SCC)

## JUDGMENT

In light of the Order at Docket Number 37, in accordance with the plaintiff's request, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of December 2022.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE